IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

CSG HOLDINGS, LLC,
LEE GIOVANNETTI and JOSEPH MEALS,

      Plaintiffs,

v.                                         Case No. 11-cv-3077 JPM

XL SPECIALTY INSURANCE
COMPANY,

      Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

---

      Come now Plaintiffs CSG Holdings, LLC, Lee Giovannetti and Joseph Meals (collectively "Plaintiffs"), and hereby give notice of Plaintiffs' voluntary dismissal, without prejudice, of this action pursuant to Fed. R. Civ. P. 41(a)(1).

                                                    Respectfully submitted,

                                                    /s/ Scott T. Beall
                                                  Scott T. Beall, TN. Bar No. 013711
                                                  Law Offices of Scott T. Beall
                                                  6800 Poplar Avenue
                                                  Atrium I, Suite 215
                                                  Memphis, Tennessee 38138
                                                  Telephone:  (901) 681-0500
                                                  Facsimile:  (901) 374-9291

                                                  *Counsel for CSG Holdings, LLC,*
                                                  *Lee Giovanetti and Joseph Meals*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the preceding pleading was delivered via electronic mail on this 1st day of March 2012 to the following:

Gary P. Seligman
Wiley Rein LLP
1776 K Street, NW
Washington, DC  20006


_____/s/ Scott T. Beall_____

1056765v.1