```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

```
CSG Holdings, LLC,              )
Lee Giovannetti,                )
and Joseph Meals                )
                                )
     Plaintiffs,                )
                                )
v.                              )     No. 11-cv-3077-JPM-cgc
                                )
XL Specialty Insurance Company  )
                                )
     Defendant.                 )
                                )
```

**JUDGMENT**

**JUDGMENT BY COURT.** The Plaintiffs having filed a Notice of Voluntary Dismissal (D.E. 5),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiffs' Notice of Voluntary Dismissal, entered March 1, 2012, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is hereby DISMISSED without prejudice.

APPROVED:


/s/ Jon P. McCalla_____
JON P. McCALLA
CHIEF U.S. DISTRICT COURT JUDGE


March 2, 2012_____
Date